# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Daniel Angelucci, : 
               Petitioner : 
  : 
     v. :  No. 75 C.D. 2018
  : 
Pennsylvania Labor Relations Board, : 
             Respondent : 

**PER CURIAM**

# **O R D E R**

**AND NOW**, this 4th day of June, 2019, it is ordered that the above-captioned opinion filed on April 2, 2019, shall be designated OPINION, rather than MEMORANDUM OPINION, and it shall be reported.